AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of

DORA DAVIS
Plaintiff,

V.

ALBANY INTERNATIONAL,
JEFF JOHNSTON,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1040-T

TO: (Name and address of Defendant)

ALBANY INTERNATIONAL CORPORATION,
d/b/a APPLETON WIRE
c/o its Registered Agent
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Toles & Williams, LLP
Honorable Trina S. Williams
Honotable Vicky U. Toles
P. O. Box 501
Montgomery, AL 36101

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                11/1/05

CLERK                                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

DORA DAVIS
Plaintiff,

V.

JEFF JOHNSTON
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1040-T

TO: (Name and address of Defendant)

MR. JEFF JOHNSTON
2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TRINA S. WILLIAMS
VICKY U. TOLES
TOLES & WILLIAMS, LLP
P. O. BOX 501
MONTGOMERY, AL 36101

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

_(By) DEPUTY CLERK_

DATE  11/1/05