**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _A. Slauson_   ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
11-2-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:05CU 1040-T
See                                   (20)

1. Article Addressed to:

Albany International Corporation
d/b/a Appleton Wire
c/o its Registered Agent
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service la...

7004 1160 0003 5811 0959

102595-02-M-1640

PS Form 3811, February 2004       Domestic Return Receipt