IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1040-T |
| ) | |
| ALBANY INTERNATIONAL ) | |
| CORPORATION, etc., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the motion to dismiss and alternative motion to strike (Doc. No. 5) are set for submission, without oral argument, on January 6, 2006, with all briefs due by said date.

DONE, this the 7th day of December, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE