IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DORA DAVIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 2:05 cv 1040-T |
| | ) |
| **ALBANY INTERNATIONAL,** | ) |
| **JEFF JOHNSTON** | ) |
|     **Defendants.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conducted a meeting on January 5, 2006. Participating were:

        A.    Appearing on behalf of plaintiff:

            Trina S. Williams (SAN046)
            Toles & Williams, LLP
            1015 South McDonough Street
            Montgomery, Alabama 36104

        B.    Appearing on behalf of defendant:

            Charles A. Powell IV (POW026)
            Baker, Donelson, Bearman, Caldwell & Bearman, P.C.
            420 North 20th Street, Ste. 1600
            Wachovia Tower
            Birmingham, Alabama 35203

    2.    **Pre-discovery disclosure:** The parties shall serve the information required by Rule 26 within 14 days after the Rule 26(f) conference.

    3.    **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects: Plaintiff's allegations and Defendant's defenses.

Unless modified by court order for good cause shown, all discovery shall be commenced in time to be completed by **July 31, 2006**.

    A.    **Depositions:** Maximum of **8** depositions for each party with a maximum time limit of **7** hours per deposition, unless extended by agreement of the parties.

    B.    **Interrogatories:** Maximum of **25** by each party, including subparts, with responses due within **30** days after service.

    C.    **Requests for Production:** Maximum of **25** by each party, including subparts, with responses due within **30** days after service.

    D.    **Requests for Admission:** Maximum of **15** by each party (other than requests for admissions of the authenticity of documents), including subparts, with responses due within **30** days after service.

    E.    **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses—including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert—are due:

        i.    From the plaintiff: **April 28, 2006**.

        ii.    From the defendant: **June 1, 2006**.

**Supplementation:** Supplementation under Fed. R. Civ. P. 26(e) should be made within 30 days of learning of the need to supplement but, in no event, less than **30** days before the close of discovery.

4.    **Other items:**

    A.    The plaintiff shall have until **March 28, 2006**, to join any additional parties and to amend the pleadings.

    B.    The defendant shall have until **June 7, 2006**, to join any additional parties and to amend the pleadings.

5. **Dispositive Motions:** All potentially dispositive motions must be filed by **90 days before the Pretrial Conference**.

6. **Settlement and ADR:** The parties discussed whether this action is suitable for mediation under the Court's ADR plan and concluded that they cannot determine prior to the completion of discovery whether this case is suitable for mediation.

7. **Pre-trial conference:** The parties request a pretrial conference on or after October 16, 2006.

8. **Trial:** The case should be ready for trial by **November, 2006**. Trial is expected to last 3-4 days.

9. **Final lists:** Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) should be due by both parties **15** days prior to trial. Objections are to be filed within **10** days.

10. **Scheduling Conference:** The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this 5th day of January, 2006

s/Trina S. Williams
Trina S. Williams (SAN046)

**TOLES & WILLIAMS, LLP**
1015 South McDonough Street
Montgomery, Alabama 36104

s/ Charles A. Powell IV
Charles A. Powell IV (POW 026)
Attorneys for Defendant

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203