IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:05cv01040-WKW |
| | ) |
| ALBANY INTERNATIONAL, | ) |
| JEFF JOHNSTON | ) |
|    Defendants. | ) |

## NOTICE OF FILING

Comes now, Defendant Albany International, and gives notice to the Court and all parties of the service of the following:

**DEFENDANT'S RULE 26 DISCLOSURES**

                                                s/ Charles A. Powell IV
                                                Charles A. Powell IV (POW 026)
                                                Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 244-3822 Telephone
(205) 488-3822 Facsimile

## CERTIFICATE OF SERVICE

 I certify that a copy of the above and foregoing has been served upon the following counsel of record via electronic filing, on this the 1st day of February, 2006.

Trina S. Williams
Vicky U. Toles
Toles & Williams, LLP
1015 South McDonough Street
Montgomery, Alabama 36104

Charles A. Powell, III
Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama  35203-2618

           s/ Charles A. Powell IV
           OF COUNSEL

B CAP 700010 v1
1037648-000005 02/01/2006