**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 29, 2006

# NOTICE OF DEFICIENCY

**To:**   Trina Sanders Williams

**From:**   **Clerk's Office**

**Case Style: Dora Davis v. Albany International Corporation et al**

**Case Number:   2:05cv01040-WKW**

**Referenced Pleading(s) :   Amended Complaint**
**Document #19 filed 3/28/06**

**The above referenced pleading filed by electronic means on 3/28/06 is STRICKEN from the record. Leave of Court is required before the Amended Complaint can be filed. The "proposed" Amended Complaint shall be attached as an exhibit to the Motion requesting leave of court. If the court grants the Motion to file the Amended Complaint, you must file electronically an exact duplicate of the proposed document.**