IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-CV-1040-WKW |
| ALBANY INTERNATIONAL, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the defendant shall show cause on or before April 12, 2006 why the plaintiff's Motion for Leave to Amend Complaint (Doc. # 21) should not be granted.

DONE this the 5th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE