# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05-CV-1040-WKW |
| ) | |
| ALBANY INTERNATIONAL ) | |
| CORP.; JEFF JOHNSTON, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE COUNSEL

Defendant Jeff Johnston ("Johnston") hereby files this Motion to Substitute Counsel and notifies the Court and counsel that:

1. Charles A. Powell, III of Johnston Barton Proctor & Powell LLP, who appeared on behalf of Defendant Jeff Johnston, recently passed away.

2. Lynlee Wells Palmer of the law firm Johnston Barton Proctor & Powell LLP respectfully requests that the Court substitute her name for that of Charles A. Powell, III as counsel for Defendant Jeff Johnston. Jennifer F. Swain will remain as counsel for Defendant Jeff Johnston. The undersigned states that such substitution will not unnecessarily prolong these proceedings or unfairly prejudice the plaintiff.

           <u>s/Lynlee Wells Palmer</u>
           Lynlee Wells Palmer (ASB-4367-T82P)
           One of the attorneys for Defendant
           Jeff Johnston

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trina S. Williams, Esq.
Vicky U. Toles, Esq.
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, AL 36104

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
SouthTrust Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203


                                                s/Lynlee Wells Palmer
                                                OF COUNSEL