IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DORA DAVIS,                          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 2:05-CV-1040-WKW
                                     )
ALBANY INTERNATIONAL CORP.,          )
*et al.*,                            )
                                     )
        Defendant.                   )

# **O R D E R**

Upon consideration of the Motion to Substitute Counsel (Doc. #23) filed on April 18,

2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 25th of April, 2006.


        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE