IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DORA DAVIS,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05cv01040-WKW |
| ) | |
| **ALBANY INTERNATIONAL,** ) | |
| **JEFF JOHNSTON** ) | |
|    Defendants. ) | |

**DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIALS IN
SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Defendants Albany International Corp. and Jeff Johnston hereby submit the following evidence in support of their Motions for Summary Judgment:

    1.    Plaintiff's May 12, 2006 deposition, with exhibits;

    2.    Plaintiff's June 7, 2006 deposition, with exhibits;

    3.    The Declarations of Jeff Johnston and Ted Bryant, with exhibits; and

    4.    Excerpts from Plaintiff's October 19, 1999 deposition in *Thomas Harris v. Albany International Corporation, Appleton Wire Division*, CV-97-M-657-N, United States District Court for the Middle District of Alabama.

All references to depositions or declarations in the brief will be cited by deponent's or declarant's name, and will include a page and line reference or paragraph number and, where applicable, exhibit number.

                        Respectfully submitted,

                        s/ Charles A. Powell IV
                        Charles A. Powell IV
                        Attorney for Defendant Albany International Corp.

**OF COUNSEL:**
**Baker, Donelson, Bearman,**
**Caldwell & Berkowitz, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202

                        s/ Jennifer F. Swain
                        Jennifer F. Swain
                        Attorney for Jeff Johnston

**OF COUNSEL:**
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2618

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing has been served upon the following counsel of record via electronic filing, on this the 21st day of June, 2006.

Trina S. Williams
Vicky U. Toles
Toles & Williams, LLP
1015 South McDonough Street
Montgomery, Alabama 36104

                        s/ Charles A. Powell IV
                        OF COUNSEL