STATE OF ALABAMA )
)
COUNTY OF AUTAUGA )

### DECLARATION OF JEFF JOHNSTON

1. My name is Jeff Johnston. I worked for Albany International Corporation ("Albany") at its Appleton Wire facility in Montgomery, Alabama from 1988 to 2004. I have personal knowledge of the matters contained in this declaration.

2. I began working for Albany in 1988 as a Kraft Applications Engineer, a position I held until 1991.

3. From 1991 through September 1992, I worked as a supervisor in the Finishing Department.

4. From October 1992 though October 1993, I worked as a supervisor in the Seaming Department.

5. From October 1993 through March 1997, I worked as Department Manager of the Seaming and Finishing Department. In this capacity, I indirectly supervised Dora Davis.

6. From March 1997 through June 2000, I worked as Department Manager of the Weaving Department. While I was Department Manager of the Weaving Department, Dora Davis worked in the Seaming Department. Accordingly, she did not report to me, either directly or indirectly.

7. From June 2000 through June 2003, I worked as Production Manager.

8. From June 2003 until April 2004, I was the Plant Manager at Albany. I left my employment with Albany in April 2004.

9. During my employment with Albany, I had no responsibility for administering Albany's retirement plan. I did not review, analyze or process any information regarding Albany's retirement plan.

10. During my employment with Albany, I knew and at times supervised Dora Davis. In 2002 and 2003, Dora frequently reported that she was in pain and needed to see a doctor. We sent her to a large number of worker's compensation approved physicians, all of whom ultimately released Dora to return to work. However, after returning to work, Dora would again report that she was in pain and needed to see a doctor.

11. Albany received conflicting reports regarding Dora's ability to work. All of the physicians from whom we received information indicated that she was released to return to work. Dora, however, continually insisted that she was in constant pain and could not work. Additionally, Dora was disciplined on several occasions for excessive absenteeism, and we were concerned that she would ultimately be terminated for excessive absences if she did not either find a doctor who would take her off work or begin regularly working her scheduled shifts. To resolve these tensions, I, in conjunction with Ted Bryant and Tom Ashmore,

decided in August 2003 to create an "inactive status" on which we could place Dora. This inactive status would enable Dora to retain her job while remaining off work until she could recover from her alleged injuries or find a doctor who would certify that she needed to be off from work. It is my understanding that Ted Bryant informed Dora of this inactive status on August 21, 2003.

12. Dora returned to work some time after August 21, 2003, but again reported being in pain, and was again placed on inactive status pending a visit to Dr. Wade in Birmingham. Some time after this, we received notification that Dr. Wade had seen Dora and had released her to return to work. Albany Human Resources Manager Ted Bryant, Department Manager of Seaming, Finishing and Shipping Bob Hampsey and I met with Dora on October 29, 2003 to discuss Dora's work status. Norma Heath, who was Dora's union representative, attended the October 29, 2003 meeting as well. During this meeting, Dora informed us that she was resigning her employment with Albany. At no time did I inform Dora that her employment with Albany was terminated.

13. I declare that this 3 page declaration is true and correct and that I have signed below on this 21st day of June, 2006.

_____
Jeff Johnston

3