**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DORA DAVIS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:05-CV-1040-WKW |
| ) | |
| ALBANY INTERNATIONAL ) | |
| CORP.; JEFF JOHNSTON, ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANT JEFF JOHNSTON'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(c), defendant Jeff Johnston ("Johnston") moves this Court to enter summary judgment in his favor as to all claims asserted against him. In support of this motion, Johnston relies on:

(1) The Joint Evidentiary Submission of Albany International Corporation and Johnston, filed today by defendant Albany International Corporation;

(2) A supporting brief, filed contemporaneously with this motion; and

(3) The pleadings in this case.

All of the foregoing conclusively demonstrate that there is no genuine issue as to any material fact, and Johnston is entitled to summary judgment as a matter of law.

/s Jennifer F. Swain
Jennifer F. Swain

/s Lynlee Wells Palmer
Lynlee Wells Palmer

Attorneys for Defendant Jeff Johnston

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 458-9400
(205) 458-9500 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2006, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Trina S. Williams, Esq.
Vicky U. Toles, Esq.
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, AL 36104

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203

                /s Lynlee Wells Palmer
                OF COUNSEL