IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1040-WKW |
| | ) |
| ALBANY INTERNATIONAL | ) |
| CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Albany's Motion for Summary Judgment (Doc. # 27) and Defendant Jeff Johnston's Motion for Summary Judgment filed on June 21, 2006, it is hereby

ORDERED that the motions be submitted without oral argument on July 26, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 19, 2006. The defendants may file a reply brief on or before July 26, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 27th day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE