IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DORA DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05cv1040-WKW |
| | ) |
| **ALBANY INTERNATIONAL,** | ) |
| **JEFF JOHNSTON,** | ) |
| **Defendant.** | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Pursuant to the Uniform Scheduling Order directing counsel for the parties to conduct a settlement conference, counsel for the parties have met face-to-face and discussed settlement, and they make known to the court that settlement cannot be reached. At this juncture, the parties do not believe mediation will assist them in resolving this case short of trial.

Respectfully submitted,

/s/ Trina S. Williams
TRINA S. WILLIAMS (SAN 046)
VICKY U. TOLES (UND 014)
Attorneys for the Plaintiff

**TOLES & WILLIAMS, LLP**
1015 S. McDonough Street
Montgomery, AL 36104
(334) 832-9915 Telephone
(334) 832-9917 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via electronic filing, on this the 12th day of July, 2006.

| | |
|---|---|
| Charles A. Powell, IV | Jennifer F. Swain |
| Baker, Donelson, Bearman, | Lynlee Palmer |
| Caldwell & Berkowitz, P.C. | Johnston Barton Proctor & Powell, LLP |
| 420 20th Street North, Suite 1600 | 2900 AmSouth/Harbert Plaza |
| Birmingham, AL 35203 | 1901 6th Avenue North |
| | Birmingham, AL 35203 |

/s/ Trina S. Williams
TRINA S. WILLIAMS (SAN 046)