**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DORA DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:05-CV-1040-WKW** |
| ) | |
| **ALBANY INTERNATIONAL** ) | |
| **CORP.; JEFF JOHNSTON,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL**

Jennifer F. Swain, Esq. of the law firm Johnston Barton Proctor & Powell LLP respectfully requests that she be allowed to withdraw as counsel for defendant Jeff Johnston. As grounds for this motion, Ms. Swain states as follows:

1. Effective July 17, 2006, Ms. Swain will no longer be practicing with Johnston Barton Proctor & Powell LLP.

2. Lynlee Wells Palmer of Johnston Barton Proctor & Powell LLP will continue to serve as counsel of record for Jeff Johnston in this action. Appearing as additional counsel of record for Jeff Johnston is John W. Sheffield of Johnston Barton Proctor & Powell LLP.

s/ Jennifer F. Swain
Jennifer F. Swain (ASB-7761-I67J)


s/ Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)


s/ John W. Sheffield
John W. Sheffield (ASB-7423-D62J)

Attorneys for Defendant Jeff Johnston

OF COUNSEL:

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

# CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2006, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Trina S. Williams, Esq.
Vicky U. Toles, Esq.
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, AL 36104

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203

      s/ Jennifer F. Swain
      Jennifer F. Swain (ASB-7761-I67J)
      E-mail: jfs@jbpp.com
      One of the Attorneys for Defendant,
      Jeff Johnston
      **JOHNSTON BARTON
      PROCTOR & POWELL LLP**
      2900 AmSouth/Harbert Plaza
      1901 Sixth Avenue North
      Birmingham, Alabama 35203-2618
      Telephone: (205) 458-9400
      Facsimile: (205) 458-9500