IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv01040-WKW |
| | ) |
| ALBANY INTERNATIONAL, | ) |
| JEFF JOHNSTON | ) |
| Defendants. | ) |

## ALBANY'S RESPONSE TO AMENDED COMPLAINT

On June 21, 2006 Albany International Inc. moved for summary judgment on all of Plaintiff's claims pursuant to Fed. R. Civ. P. 56. Although Plaintiff had not yet filed her Amended Complaint, Albany's Motion for Summary Judgment directly addresses all of the claims in the Amended Complaint. Accordingly, Albany responds to Plaintiff's Amended Complaint by directing the Court's attention to its pending Motion for Summary Judgment [Doc. No. 28]. For the reasons set forth in Albany's Motion for Summary Judgment, all of Plaintiff's claims in the Amended Complaint are due to be dismissed.

Respectfully submitted,

s/ Charles A. Powell IV
Charles A. Powell IV
Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ**
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203-5202
(205) 244-3822 telephone
(205) 488-3822 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. mail and electronic mail, on this 18th day of July, 2006.

Trina S. Williams
Vicky U. Toles
Toles & Williams, LLP
1015 South McDonough Street
Montgomery, Alabama 36104

Lynlee W. Palmer
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama  35203-2618

                                                s/ Charles A. Powell IV
                                                OF COUNSEL

B CAP 716769 v1
1037648-000005 07/18/2006