IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1040-WKW |
| | ) |
| ALBANY INTERNATIONAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel and Substitute Counsel (Doc. #32) filed on July 12, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 18th of July, 2006.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE