IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV-05-2729 |
| | ) |
| APPLETON WIRE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

COMES now the Plaintiff, by and through counsel, and dismisses, with prejudice, Count II only of Plaintiff's Complaint for Worker's Compensation Benefits.

_____
WILLIAM K. ABELL (ABE001)
Attorney for Plaintiff

OF COUNSEL:

SHINBAUM, ABELL, McLEOD & VANN, P. C.
P. O. Box 201
Montgomery, AL  36101-0201
Telephone    (334) 269-4440
Facsimile    (334) 263-4096

Exhibit C

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of records, as listed below, by placing same in the United States Mail, First Class delivery, properly addressed and postage prepaid, on this the 7th day of January, 2006.

_____
OF COUNSEL

Hon. Joseph T. Carpenter
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, AL 36106

Hon. Charles A. Powell, IV
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 20th Street, North, Suite 1600
Birmingham, AL 35203-5202

Hon. Trina D. Sanders-Williams
TOLES & WILLIAMS, LLP
P. O. Box 501
Montgomery, AL 36101-0501