# EXHIBIT A

| | |
|---|---|
| From: | "Trina Williams" <twilliams@tolesandwilliams.com> |
| To: | "Lynlee Palmer" <LWP@jbpp.com> |
| Date: | 6/21/2006 4:29 PM |
| Subject: | Re: Dora Davis v. Albany Intl. and Johnston |

This is correct.
----- Original Message -----
From: "Lynlee Palmer" <LWP@jbpp.com>
To: <twilliams@tolesandwilliams.com>
Cc: "Jennifer F. Swain" <JFS@jbpp.com>
Sent: Thursday, June 15, 2006 9:07 AM
Subject: Dora Davis v. Albany Intl. and Johnston

Trina:

I am working with Jennifer Swain on the Dora Davis case. After the original complaint was filed, you confirmed to Jennifer that Counts Four, Five and Six (breach of contract, fraudulent inducement, and bad faith) were asserted solely against Albany, and not against Mr. Johnston (see correspondence from Jennifer Swain dated January 26, 2006). Now that those same allegations are cast under ERISA in the proposed amended complaint, we need to confirm again that those allegations are not against Mr. Johnston. It is my understanding that the only ERISA allegations against Mr. Johnston pertain to Ms. Davis' alleged reduction in retirement benefits as a result of her termination (paragraphs 53-61). Please let me know if this is correct.

Thank you in advance.

Sincerely,

Lynlee


Lynlee Wells Palmer
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 458-9494 (direct)
(205) 458-9500 (fax)
lpalmer@jbpp.com