IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1040-WKW |
| | ) |
| ALBANY INTERNATIONAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the Defendants' Joint Motion for Extension of Time (Doc. # 39), filed on July 21, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED. The defendants shall file their reply on or before July 28, 2006.

DONE this the 27th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE