# Exhibit 2

# TOLES & WILLIAMS, LLP
## ATTORNEYS AT LAW

VICKY U. TOLES

P.O. BOX 501
MONTGOMERY, AL 36101
(334) 832-9915

TRINA S. WILLIAMS

1015 S. MCDONOUGH ST.
MONTGOMERY, AL 36104
FAX (334) 832-9917

June 12, 2006

**VIA FACSIMILE at 205-488-3822 and Regular Mail**
The Honorable Charles A. Powell, IV
Baker, Donerlson, Bearman, Caldwell, & Berkowitz, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203-5202

**VIA FACSIMILE at 205-458-9500 and Regular Mail**
The Honorable Jennifer F. Swain
Johnston Barton Proctor & Powell LLP
1901 Sixth Avenue North, Suite 2900
Birmingham, Alabama 35203

Re: Dora Davis vs. Albany International and Jeff Johnston

Dear Charles and Jennifer,

This letter serves as notice that my client, Dora Davis, has declined to dismiss her complaint against Albany International and Jeff Johnston. Consequently, the case will proceed as previously scheduled. I will contact you in the near future to reschedule depositions and discuss other matters in this case.

If you have any questions or concerns, do not hesitate to contact me at the above number. I will be happy to discuss this case with you.

Sincerely,

Trina S. Williams