IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.** |
| | )   **2:05-CV-1040-WKW** |
| | ) |
| ALBANY INTERNATIONAL CORP.; | ) |
| JEFF JOHNSTON, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT JEFF JOHNSTON'S WITNESS LIST

Pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3), Defendant Jeff Johnston ("Johnston") lists the following witnesses he may call at trial:

1. Jeff Johnston – Primary
   c/o Johnston Barton Proctor & Powell LLP
   2900 AmSouth/Harbert Plaza
   1901 Sixth Avenue North
   Birmingham, Alabama 35203
   (205) 458-9400

2. Ted Bryant – Primary
   c/o Baker Donelson Bearman Caldwell & Berkowitz
   420 20th Street North, Suite 1600
   Birmingham, Alabama 35203
   (205) 244-3822

3. Tim Golden
   Corporate Workers' Compensation Manager
   Albany International Corp.
   1373 Broadway
   Menands, NY 12204
   (518) 447-6492

4. Linda Forget
   Corporate Director of Benefits, Retired
   Albany International Corp.
   1373 Broadway

        Menands, NY 12204
        (518) 447-6492

5.     Bob Hampsey
        Finishing Group Leader, Retired
        242 Eastwood Drive
        Montgomery, Alabama 36109
        (334) 279-9341

6.     Lynda Jones
        c/o Baker Donelson Bearman Caldwell & Berkowitz
        420 20th Street North, Suite 1600
        Birmingham, Alabama 35203
        (205) 244-3822

7.     Any non-objectionable witness identified by defendant Albany International

8.     Any witness needed for impeachment or rebuttal

                                                  s/Lynlee Wells Palmer
                                                  John W. Sheffield
                                                  Lynlee Wells Palmer
                                                  Attorneys for Defendant
                                                  Jeff Johnston

**OF COUNSEL:**

**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trina S. Williams, Esq.
Vicky U. Toles, Esq.
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, AL 36104

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
SouthTrust Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203

                                        /s Lynlee Wells Palmer
                                        Of Counsel