IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DORA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:05-CV-1040-WKW** |
| | ) | |
| ALBANY INTERNATIONAL CORP.; | ) | |
| JEFF JOHNSTON, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JEFF JOHNSTON'S EXHIBIT LIST**

Pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3), Defendant Jeff Johnston ("Johnston") lists the following exhibits it may use at trial, identified by the Bates number assigned by Defendant Albany International Corporation unless noted otherwise:

1. Albany International Corp, Hourly Montgomery Employees – Branch 208, Booklet re: Short Term Disability Coverage and Long Term Disability Coverage from Prudential Financial (D 0001-D 0051)

2. Plant Rules, Albany International, Appleton Wire Division, Montgomery, Alabama (D 0052-D 0058)

3. Collective Bargaining Agreement between Albany International Appleton Wire Division and Teamsters Local No. 612, Affiliated with International Brotherhood of Teamsters (D 0059-D 0092)

4. Employee Documentation re: Dora Davis (D 0093)

5. Attendance Report re: Dora Davis (D 0094-D 0095)

6. Time Cards re: Dora Davis (D 0096-D 0099)

7. Correspondence from Professional Case Management, Inc. dated September 29, 2003 (D 0100-D0101)

8. Correspondence from Professional Case Management, Inc. dated October 30, 2003 (D 0102-D 0103)

9. Correspondence to Dora Davis from Professional Case Management dated September 30, 2003 (D 0104)

10. In This Together Employee Handbook (D 0108-D0126)

11. Interoffice Memorandum to Dora Davis from Ted Bryant dated October 29, 2003 (D 0127)

12. Correspondence to Dora Davis from Ted Bryant re: Return to Work dated October 29, 2003 (D 0128-D0129)

13. Albany International Anti-Harassment Policy (D 0130)

14. Albany International Sexual Harassment Policy (D 0131)

15. Albany International Workplace Harassment, The Basics (D 0132)

16. "I Understand" signed by Jeff Johnston (D 0133)

17. "I Understand" signed by Dora Davis (D 0134)

18. Albany International Training Records (D 0135-D0142)

19. Albany International's Policy Regarding Unlawful Discrimination and Harassment (D 0144)

20. Acknowledgment of Sexual Harassment Training signed by Dora Davis (D 0145)

21. Correspondence to Dora Davis from Linda Forget dated March 31, 2004 re: vested pension benefit (D 0196)

22. Albany International Exit Interview dated October 29, 2003 re: Dora Davis (D 0197)

23. Voluntary Resignation Form, including handwritten notes by Ted Bryant (D 0198)

24. Inter-office Memorandum to Dora Davis from Ted Bryant dated October 29, 2003, including handwritten notes by Ted Bryant (D 0199)

25. Correspondence from Ted Bryant to Dora Davis dated October 29, 2003, including handwritten notes by Ted Bryant and Jeff Johnston (D 0200-D 0201)

26. Prudential Group Disability Insurance Forms completed by Dora Davis (D 0202-D0209)

27. Social Security Determination (Produced by Plaintiff)

28. Wage Statements re: Dora Davis

28. All pleadings and other court-filed documents in this action

29. Any documents, to which Johnston does not object, produced by Albany

30. Any document or thing needed for purposes of impeachment of any witness

31. Any document or thing needed for purposes of refreshing the recollection of any witness

32. Any document or thing needed for rebuttal

                    s/Lynlee Wells Palmer
                    John W. Sheffield
                    Lynlee Wells Palmer
                    Attorneys for Defendant
                    Jeff Johnston

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Trina S. Williams, Esq.
Vicky U. Toles, Esq.
TOLES & WILLIAMS, LLP
1015 South McDonough Street
Montgomery, AL 36104

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
SouthTrust Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203

                                      s/Lynlee Wells Palmer
                                      Of Counsel