IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:05cv01040-WKW |
| | ) |
| ALBANY INTERNATIONAL, | ) |
| JEFF JOHNSTON | ) |
|    Defendants. | ) |

### DEFENDANT ALBANY INTERNATIONAL'S WITNESS LIST

In accordance with Section 9 of the court's January 24, 2006 Uniform Scheduling Order, Defendant Albany International Corp. hereby identifies the following witnesses for use at trial:

**A.   Witnesses Who Will Be Called At Trial**

    1.    Ted Bryant
            c/o Charles A. Powell IV
            Baker Donelson Bearman Caldwell & Berkowitz
            420 20th Street North, Suite 1600
            Birmingham, Alabama
            (205) 244-3822

    2.    Jeff Johnston
            c/o Lynlee W. Palmer
            Johnston Barton Proctor & Powell LLP
            1901 6th Avenue North, Suite 2900
            Birmingham, Alabama  35203-2618
            (205) 458-9494

**B.   Witnesses Who May Be Called At Trial**

    1.    Tim Golden
            Corporate Worker's Compensation Manager
            Albany International Corp.
            1373 Broadway
            Menands, NY 12204
            (518) 447-6492

2. Linda Forget
   Corporate Director of Benefits, Retired
   Albany International Corp.
   1373 Broadway
   Menands, NY 12204
   (518) 447-6492

3. Bob Hampsey
   Finishing Group Leader, Retired
   242 Eastwood Drive
   Montgomery, AL 36109
   (334) 279-9341

4. Donna Smith
   Professional Case Management, Inc.
   P.O. Box 70472
   Montgomery, AL 36107
   (334) 567-6002

5. All of Plaintiff's witnesses, unless otherwise objected to.

6. All of Jeff Johnston's witnesses, unless otherwise objected to.

7. Rebuttal witnesses as necessary.

8. Impeachment witnesses as necessary.

Albany submits this witness list based on the claims currently at issue in the case. Albany reserves the right to amend or modify its witness list based on the court's ruling on the pending motions for summary judgment.

Respectfully submitted,

s/ Charles A. Powell IV
Charles A. Powell IV
Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 244-3822 telephone
(205) 488-3822 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. mail and electronic mail, on September 27, 2006.

| | |
|---|---|
| Trina S. Williams | Lynlee W. Palmer |
| Vicky U. Toles | John W. Sheffield |
| Toles & Williams, LLP | Johnston Barton Proctor & Powell LLP |
| 1015 South McDonough Street | 2900 AmSouth/Harbert Plaza |
| Montgomery, Alabama 36104 | 1901 6th Avenue North |
| | Birmingham, Alabama 35203-2618 |

                                            s/ Charles A. Powell IV
                                            OF COUNSEL