**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DORA DAVIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 2:05cv01040-WKW** |
| | ) |
| **ALBANY INTERNATIONAL,** | ) |
| **JEFF JOHNSTON** | ) |
|     **Defendants.** | ) |

## DEFENDANT ALBANY INTERNATIONAL'S EXHIBIT LIST

In accordance with Section 11 of the court's January 24, 2006 Uniform Scheduling Order, Defendant Albany International Corp. hereby identifies the following exhibits for use at trial:

    1.    Albany International Corp. *Hourly Montgomery Employees – Branch 208*, STD/LTD Plan (D0001 – D0051)

    2.    Plant Rules (D0052 – D0058)

    3.    Collective Bargaining Agreement, 11/15/01 – 11/14/06 (D0059-D0092)

    4.    Complaint for Worker's Compensation Benefits

    5.    Employee Documentation dated 09/29/03 (D0093)

    6.    Attendance Report (D0094-D0095)

    7.    Plaintiff's Time Cards (D0096-D0099)

    8.    PCM letter dated 09/29/03

    9.    PCM letter date 10/30/03 (D0102-D0103)

    10.    In This Together booklet (D0108-D0126)

11. 10/29/03 Memo from Ted Bryant to Dora Davis re: Current Standing Under Plant Attendance Policy (D0199)

12. Anti-Harassment Policy (D0130)

13. Sexual Harassment Policy (D0131)

14. Workplace Harassment (D0132)

15. Jeff Johnston acknowledgment (D0133)

16. Dora Davis acknowledgment (D0134)

17. Training Record (D0135-D0142)

18. 01/09/01 Notice re: Harassment Training (D0143)

19. Albany's Discrimination/Harassment Policy (D0144)

20. 08/12/98 Acknowledgment of Harassment Training, Dora Iverson (D0145)

21. 03/31/04 Letter to Plaintiff from Linda Forget re: pension (D0196)

22. Albany International Exit Interview dated 10/29/03 (D0197)

23. Resignation form (D0198)

24. 10/29/03 Letter from Ted Bryant to Plaintiff (D0200-D0201)

25. Prudential forms (D0202-D0209)

26. Social Security Determination (Dep. Ex. 8)

27. Pension Plus SPD dated 01/01/99

28. Attendance Report dated 10/29/03

29. Timecards dated 08/24/03, 10/05/03, 10/12/03, 10/19/03, 10/26/03, and 11/02/03

30. All of Plaintiff's exhibits unless otherwise objected to

31. All of Jeff Johnston's exhibits unless otherwise objected to

32. Rebuttal exhibits as necessary

33. Impeachment exhibits as necessary

Albany submits this exhibit list based on the claims currently at issue in the case. Albany reserves the right to amend or modify its exhibit list based on the court's ruling on the pending motions for summary judgment.

Respectfully submitted,

s/ Charles A. Powell IV
Charles A. Powell IV
Attorney for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ**
420 North 20th Street, Suite 1600
Birmingham, Alabama  35203-5202
(205) 244-3822 telephone
(205) 488-3822 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. mail and electronic mail, on September 27, 2006.

| | |
|---|---|
| Trina S. Williams | Lynlee W. Palmer |
| Vicky U. Toles | John W. Sheffield |
| Toles & Williams, LLP | Johnston Barton Proctor & Powell LLP |
| 1015 South McDonough Street | 2900 AmSouth/Harbert Plaza |
| Montgomery, Alabama 36104 | 1901 6th Avenue North |
| | Birmingham, Alabama  35203-2618 |

s/ Charles A. Powell IV
OF COUNSEL