IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1040-WKW |
| ) | |
| ALBANY INTERNATIONAL CORP.; ) | |
| JEFF JOHNSTON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to File Witness and Exhibit List Out of Time filed by the plaintiff on September 29, 2006 (Doc. # 51), it is hereby

ORDERED that the motion is GRANTED. Plaintiff shall file her witness and exhibit lists on or before October 6, 2006.

DONE this 1st day of October, 2006.

                                                /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE