IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DORA DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:05-CV-1040-WKW** |
| **ALBANY INTERNATIONAL CORP.;** | ) | |
| **JEFF JOHNSTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Section 11 of the Court's Uniform Scheduling Order and the Court's Order dated October 1, 2006, Plaintiff, Dora Davis, exhibits to be used at trial are as follows:

1. Payroll Checks of Dora Davis dated April 24, 2003, May 1, 2003, May 8, 2003, May 22, 2003, May 29, 2003, June 5, 2003, July 24, 2003, August 21, 2003

2. Medical records of Plaintiff

3. Portland M3000 Ergonomic Project

4. Ergonomic Evaluation of the M3000 Machine

5. Group Disability Insurance Employer Statement

6. Social Security Notice of Decision

7. Employee Documentation dated 10/1/03

8. Attendance Report

9. Time Cards of Dora Davis

10. Albany International's Policy Regarding Unlawful Discrimination and Harassment

11. In This Together Handbook, The Anti-Harassment Policy, The Sexual Harassment Policy, Workplace Harassment, The Basics, and I Understand Form

12. Training Record/Procedure Review

13. Albany International Corp. *Hourly Montgomery Employees* – Branch 208- Short Term and Long Term Disability Coverage

14. Pension Plus Handbook

15. Letter to Equal Employment Opportunity Commission by Dora Davis dated October 14, 2000

16. Albany International's Exit Interview

17. Inter-Office Memorandum dated October 29, 2003

18. Letter to Dora Davis dated October 29, 2003

19. Albany International's Voluntary Resignation Form

20. Letter to Dora Davis dated March 31, 2004

21. Complaint for Workers Compensation Benefits

22. Notice of Dismissal and Order

23. Excerpts from Shedrick Abner's 11/23/99 Deposition; p. 67-68, 73, 77-80, 92, 100

24. Excerpts from Shedrick Abner's 09/19/01 Deposition; p. 23-31, 38-53, 83-86, 110-112, 115-126, 171, 180-181, 194-198, 205-214

25. All of Defendant, Jeff Johnston's Exhibits unless otherwise objected to

26. All of Defendant, Albany International's exhibits, unless otherwise objected to

27. All pleadings and other court-filed documents in this action

28. Any document needed for purposes of impeachment

29. Any document needed for purposes of refreshing the recollection of any witness

30. Any document needed for rebuttal

                                      Respectfully submitted,

                                      /s/ Trina S. Williams
                                      TRINA S. WILLIAMS (SAN 046)
                                      VICKY U. TOLES (UND 014)
                                      ATTORNEYS FOR PLAINTIFF

<u>OF COUNSEL:</u>
TOLES & WILLIAMS, LLP
1015 S. McDonough Street
Montgomery, AL  36104
(334) 832-9915
(334) 832-9917 facsimile

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. Mail and electronic mail on October 6, 2006.

| | |
|---|---|
| Charles A. Powell IV, Esq. | Lynlee W. Palmer |
| Baker, Donelson, Bearman, | John W. Sheffield |
| Caldwell & Berkowitz, PC | Johnston Barton Proctor & Powell LLP |
| SouthTrust Tower | 2900 AmSouth/Harbert Plaza |
| 420 20th Street North, Suite 1600 | 1901 6th Avenue North |
| Birmingham, AL  35203 | Birmingham, AL  35203 |

                                      /s/Trina S. Williams
                                      OF COUNSEL