IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DORA DAVIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )CIVIL ACTION NO:2:05-cv-1040-WKW |
| | ) |
| **ALBANY INTERNATIONAL,** | ) |
| **JEFF JOHNSTON,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S WITNESS LIST**

Pursuant to the provisions of Section 9 of the Uniform Scheduling Order Rule 26(a)(3), FRCivP, the Plaintiff provides to the defendant, the following:

1. Glenda Missildine
   15035 Hobbie Road
   Ramer, AL  36069

2. Jerelene Forest
   3062 Baldwinbrook Drive
   Montgomery, AL  36116
   (334) 281-5062

3. Katherine Davis
   3942    Strathmore Drive
   Montgomery, AL  36116

4. Dorothy Collins
   802 Portland Drive
   Montgomery, AL  36111

5. Shederick Abner
   3936 Strathmore Drive
   Montgomery, AL  36116
   (334) 613-0908

6. Barbara Smith

        c/o Albany International
        2000 Interstate Park Drive
        Montgomery, AL  36109

7.     Nathaniel Jones
        c/o Albany International
        2000 Interstate Park Drive
        Montgomery, AL  36109

8.     Donna Smith
        c/o Albany International
        2000 Interstate Park Drive
        Montgomery, AL  36109

9.     Dr. Bradley Katz
        Center for Pain of Montgomery, P.C.
        Parker Women's Pavilion
        Baptist South
        2055 E. South Blvd.
        Montgomery, AL  36116
        (335) 288-7808

10.    Dr. James Jakes
        Montgomery Rheumatology Associates
        1421 Narrow Lane Parkway
        Montgomery, AL  36111
        (334) 284-3105

11.    Dr. Jeff Wade
        2010 Brookwood Medical Center Drive
        Birmingham, AL

12.    Dr. Charles Hartzog
        4294 Lomac Street
        Montgomery, AL  36116
        (334) 274-9000

13.    Montgomery Area Mental Health Authority
        101 Coliseum Boulevard
        P.O. Box 3223
        Montgomery, AL  36109
        (334) 279-7830

15.    Dr. Darryl Hamilton
        Montgomery Cardiovascular Associates, P.C.
        2119 East South Blvd.

    Montgomery, AL  36116
    (334) 280-1500

16. Dr. John Hackman
    1722 Pine Street, Suite 1001
    Montgomery, AL  36106
    (334) 834-1663

17. Dr. Caudill Miller
    1722 Pine Street
    Montgomery, AL  36106
    (334) 834-1300

18. Dr. Norman Garrison
    Dr. Brian Sweet
    Dr. Steven Allen
    Family and Industrial Health Services
    4725 Mobile Highway
    Montgomery, AL  36108
    (334) 281-3665

19. Dr. Jep P. Dalton
    2055 East South Boulevard
    Montgomery, AL  36116
    (334) 288-2900

20. Dr. Michael Turner
    Southeastern Industrial &
    Family Medicine Associates, L.L.C.
    1600 Forest Avenue
    Montgomery, AL  36106
    (334) 261-4445

21. Dr. Jeffrey W. Mathis
    8190 Seaton Place
    Montgomery, AL  36116
    (334) 396-9100

22. Ted Bryant
    c/o Baker Donelson Bearman Caldwell & Berkowitz
    420 20th Street North, Ste. 1600
    Birmingham, AL  35203
    (205) 244-3822

23. Tim Golden
    Albany International Corp.

    1373 Broadway
    Menands, NY  12204
    (518) 447-6492

24. Linda Forget
    Corporate Director of Benefits, Retired
    Albany International Corp.
    1373 Broadway
    Menands, NY  12204
    (518) 447-6492

25. Bob Hampsey
    242 Eastwood Drive
    Montgomery, AL  36109
    (334) 279-9341

26. Lynda Jones
    c/o Baker Donelson Bearman Caldwell & Berkowitz
    420 20th Street North, Suite 1600
    Birmingham, Alabama 35203
    (205) 244-3822

27. Any non-objectionable witnesses identified by the Defendants

28. Any witnesses needed for impeachment and rebuttal

            Respectfully,


            /s/ Trina S. Williams
            TRINA S. WILLIAMS (SAN 046)
            VICKY U. TOLES (UND 014)
            Attorneys for Plaintiff

OF COUNSEL:
TOLES & WILLIAMS, LLP
1015 S. McDonough Street
Montgomery, AL  36104
(334) 832-9915
(334) 832-9917 facsimile


CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. Mail and electronic mail on October 6, 2006.

Charles A. Powell IV, Esq.  
Baker, Donelson, Bearman,  
Caldwell & Berkowitz, PC  
SouthTrust Tower  
420 20th Street North, Suite 1600  
Birmingham, AL  35203  

Lynlee W. Palmer  
John W. Sheffield  
Johnston Barton Proctor & Powell LLP  
2900 AmSouth/Harbert Plaza  
1901 6th Avenue North  
Birmingham, AL  35203  

/s/Trina S. Williams  
OF COUNSEL