IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1040-WKW |
| ) | (WO) |
| ALBANY INTERNATIONAL, ) | |
| JEFF JOHNSTON, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment be and is hereby entered in favor of the Defendants and against the Plaintiff on Plaintiff's federal claims under Section 1981, ERISA and the FMLA, and Plaintiff's state law claims of assault and battery.

(2) Plaintiff's state law claims of negligent retention, negligence, intentional infliction of emotional distress, respondeat superior, and negligent hiring, supervision and training against Defendants are DISMISSED WITHOUT PREJUDICE.

(3) Costs are taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of October, 2006.

                                                /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE