**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DORA DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.:** |
| | ) | |
| v. | ) | 2:05-CV-1040-WKW |
| | ) | |
| **ALBANY INTERNATIONAL CORP.** and | ) | |
| **JEFF JOHNSTON,** | ) | |
| | ) | |
| Defendants. | ) | |

## BILL OF COSTS

Whereas the Judge in this case issued an Order of Dismissal in the above-entitled action on October 17, 2006, against Plaintiff, Dora Davis, the clerk is requested to tax the following as costs to the Plaintiff. Fees of the court reporter for transcripts necessarily obtained for use in the case by Defendant and other expenses are as follows:

| | | | |
|---|---|---|---|
| a. | Deposition Fee – Dora Davis | | $1,145.15 |
| b. | Costs Associated with Documents Produced in Discovery | | $ 371.75 |
| c. | Costs Associated with obtaining medical records from Alabama Orthopedics | | $ 26.00 |
| d. | Costs Associated with obtaining medical records from Dr. Katz | | $ 67.05 |
| e. | Costs Associated with Summary Judgment Brief (25 pages at .20 = $5.00 x 3 copies) | | $ 15.00 |
| f. | Costs Associated with Defendant's Reply Brief (11 pages @ .20 = $2.20 x 3 copies) | | $ 6.60 |
| | | **TOTAL** | **$1,630.95** |

An Affidavit verifying said costs is attached hereto as Exhibit A. Supporting documentation is attached hereto as Exhibit B.

Respectfully submitted,

s/ Charles A. Powell
Charles A. Powell
Attorney for Defendant, Albany

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN,**
   **CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 244-3822 Telephone
(205) 488-3822 Facsimile

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Bill of Cost has been served upon the following counsel electronically on this the 31st day of October, 2006.

Trina S. Williams
Vicky U. Toles
Toles & Williams, LLP
1015 South McDonough Street
Montgomery, Alabama 36104

Lynlee W. Palmer
John W. Sheffield
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama  35203-2618

s/ Charles A. Powell
OF COUNSEL