# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DORA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | CV-05-1040-WKW |
| | ) | |
| ALBANY INTERNATIONAL CORP., and | ) | |
| JEFF JOHNSTON, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF CHARLES A. POWELL IV

STATE OF ALABAMA
COUNTY OF JEFFERSON

My name is Charles A. Powell IV. I am over 19 years of age and have personal knowledge of the facts set forth herein. I am an attorney for the corporate Defendant in this case. All itemized fees and costs on the Bill of Costs, which is filed simultaneously herewith, are correct and were necessarily incurred by the Defendant in this case. The services for which fees and costs have been charged were actually and necessarily performed.

Under penalty of perjury, I declare that the above and foregoing facts are true and correct to the best of my knowledge, information and belief.

October 31, 2006

_____
Charles A. Powell IV
Attorney for Defendant, Albany International

STATE OF ALABAMA
COUNTY OF JEFFERSON

I, the undersigned authority, a Notary Public in and for the State of Alabama, hereby certify that Charles A. Powell IV whose name is signed to the foregoing Affidavit and who is known to me on the day that being informed of the contents of said instrument, he executed the same voluntarily and the date the same bears date.

Given under my hand and official seal this the 31st day of October, 2006.

_____
Notary Public

[NOTARIAL SEAL]    My Commission Expires: 5/29/10