# EXHIBIT B



Federal I.D. Number: **63-1205423**

**Charles A. Powell IV**
Baker, Donelson, Bearman, Caldwell, & Berkowitz
420 20th Street North
1600 Wachovia Tower
Birmingham, AL 35203

Invoice Date: **5/24/2006**
Invoice #: **DM59334**
Total Due: **$1,145.15**

**Re:** Dora Davis vs. Albany International
Montgomery
On 5/12/2006 by David Miller

### Invoicing Information

**Deponents:**

1. Dora Davis                286 pages

| Product | Qty | UOM | Extended Price |
|---|---|---|---|
| Per Diem Deposition | 1 | day | $150.00 |
| Original Deposition Pages | 286 | page | $872.30 |
| Travel Transcript | 1 | each | $25.00 |
| Exhibit Pages | 151 | each | $52.85 |
| Handling | 1 | each | $10.00 |
| Data Disk | 1 | each | $35.00 |
| | | Total Price: | $1,145.15 |
| | | Total Paid: | $0.00 |
| | | **Total Due:** | **$1,145.15** |

## "Notice Us"
P.O. Box 12765    Birmingham, Alabama 35202
(205) 320-1050    FAX (205) 320-0023    1-877-320-1050
AmericanCourtReporting.com



**Alabama Orthopaedic Center, P.C.**

Robert G. Sorrell, M.D.
Jeffrey D. Wade, M.D.
Robert S. Wolf, M.D.
John P. Young, M.D.
Jeffrey C. Davis, M.D.

3525 Independence Drive • Birmingham, Alabama 35209 • (205) 802-6700 • (205) 802-6701 Fax • www.alaorthocenter.com

Here are the medical records that you have requested. At your earliest convenience, please send the amount listed below to our office at the attention of Shannon. If you have any questions, feel free to call 802-6700.

Patient's Name  Dora Davis

Total Amount of Pages  10 notes; 1 billing

Total Amount  $ 26.00

*Our fees are as follows:
$5.00 initial search fee
$1.00 per page up to 25 pages
$.50 per page thereafter
$25.00 for Medical Report Update
$15.00 for Functional Capacities Form
$15.00 for Billing Statements
$50.00 for out of state inquiry

Sincerely,

Shannon Funderburk
Medical Records
Tax ID 63-1120263

Check requested
4/26/06



The Release of Information Specialists

**Medical Record Requestor**

Baker Donelson Bearman Cald
420 Twentieth Street N
Suite 1600
Birmingham AL 35203
Attn: Leslie McMellon

| | |
|---|---|
| Invoice Number | 199127 |
| Invoice Date | 5/4/2006 |
| Invoice Due Date | 6/3/2006 |
| Your Reference # | |

**Patient's Name**
Dora Davis

**Records Requested From:**
Dr Katz

| Release of Information Item | Price |
|---|---|
| 91  Pages Copied | $58.00 |
| Alabama Processing Fee | $5.00 |
| $4.05 Postage | $4.05 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

| | |
|---|---|
| Subtotal | $67.05 |
| Amount Paid | $0.00 |
| **AMOUNT DUE** | **$67.05** |

**Comments**

**TAX ID NUMBER**
72-1355541

   

To pay by credit card please call
1-205-981-4534

All charges are regulated by state law where applicable. A late fee service charge of 1.5% per month (18% annual rate) will be made against all total fees not paid on or before the invoice due date.

---

▲ Detach and mail this portion with your check to Acton Corporation. ▲

INVOICE DUE DATE: 6/3/2006

| Invoice Number | AMOUNT DUE |
|---|---|
| 199127 | $67.05 |

**Medical Record Requestor**
Baker Donelson Bearman Cald

Please make checks payable to:
**Acton Corporation**
P.O. Box 380213
Birmingham, AL 35238-0213

**TAX ID NUMBER**
72-1355541

   

To pay by credit card please call
1-205-981-4534