℁AO 133    (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|--------|-------------|---------|

Dora Davis

**BILL OF COSTS**

V.

Albany International and Jeff Johnston

Case Number: **2:05-cv01040-WKW** ⊞

Judgment having been entered in the above entitled action on __10/17/2006__ against __Dora Davis__ ⊞ ,
Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,034.75 | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 51.60 | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

TOTAL    $ 1,086.35

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage
prepaid to: Vicki Underwood Toles, Esq. (vtoles@tolesandunderwood.com); Trina S. Williams, Esq. (twilliams@
tolesandunderwood.com); Charles A. Powell, IV, Esq. (cpowell@bakerdonelson.com)

Signature of Attorney: _Lynlee Wells Palmer_

Name of Attorney:  Lynlee Wells Palmer

For: __Jeff Johnston__                                                            Date: October 31, 2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT                    By: _____    _____
Clerk of Court                           Deputy Clerk                            Date

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Dora Davis v. Albany International and Jeff Johnston
United States District Court, Middle District of Alabama, Northern Division
Case No. 2:05-CV-1040-MHT-SRW

**Itemization of Charges Included in Bill of Costs**

| I. FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS | | | | | | |
|---|---|---|---|---|---|---|
| | **Documents** | **Type** | **Date** | **Pages** | **Copies** | **Total Pages** |
| 1 | Defendant Jeff Johnston's Motion for Summary Judgment | Pleading | 04/18/06 | 3 | 1 | 3 |
| 2 | Defendant Jeff Johnston's Brief in Support of Motion for Summary Judgment | Pleading | 06/21/06 | 27 | 1 | 27 |
| 3 | Defendants' Evidentiary Submission in Support of Motion for Summary Judgment | Pleading | 06/21/06 | 300 | 1 | 300 |
| 4 | Defendants' Joint Reply In Support of Their Motion For Summary Judgment | Pleading | 07/20/06 | 3 | 1 | 3 |
| 5 | Defendant Jeff Johnston's Reply Brief in Support of His Motion for Summary Judgment | Pleading | 07/26/06 | 11 | 1 | 11 |
| Amount due for Exemplification & Copies (Total Pages = 344 @ $.15 per page) .............. $51.60 | | | | | | |

| II. FEES OF THE COURT REPORTER - DEPOSITION TRANSCRIPTS | | | | | |
|---|---|---|---|---|---|
| | **Deponent[1]** | **Date** | **Charge** | | **Total** |
| 1 | Dora Davis | 5/12/06 | 674.15 | See attached invoice (less Lit. Support) | $674.15 |
| 2 | Dora Davis | 6/7/06 | 360.60 | See attached invoice (less Lit. Support) | $360.60 |
| Amount due for Deposition Transcripts ..................................................... $1,034.75 | | | | | |
| TOTAL AMOUNT DUE ..................................................................... $1,086.35 | | | | | |

---

[1]    Dora Davis is the plaintiff in this action. This deposition was used extensively by the defendant in support of its Motion for Summary Judgment. Such costs are recoverable. See In re: *Nissan Antitrust Litigation*, 577 F.2d 910 (5th Cir. 1978), cert denied, 439 U.S. 1072 (1978).

**AMERICAN COURT REPORTING**

Post Office Box 12765
Birmingham, AL 35202
Toll-Free (877) 320-1050
(205) 320-1050 Fax (205) 320-0023
Federal I.D. Number: #63-1205423

**6/19/2006**   Statement of Account

**Jennifer F. Swain**
Johnston Barton Proctor & Powell LLP
1901 6th Ave. N., 2900 AmSouth/Harbert Plaza
Birmingham, AL 35203 - 0000

|  | Attn / Caption | Billed | Invoice Amt | Thirty- | Thirty+ | Sixty+ | Ninety+ |
|---|---|---|---|---|---|---|---|
| **DM59680** | Jennifer F. Swain | 6/16/2006 | $360.60 | $360.60 |  |  |  |
| 6/7/2006 | Dora Davis vs. Albany International |  |  |  |  |  |  |
|  | MONTGOMERY |  |  |  |  |  |  |
|  |  | Total: | $360.60 |  |  |  | $360.60 |

Outstanding



# AMERICAN
## COURT REPORTING

Federal I.D. Number: **63-1205423**

**Jennifer F. Swain**
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Ave. N.
Birmingham, AL  35203

Invoice Date: **5/24/2006**
Invoice #:     **DM59335**
Total Due:     **$709.15**

**Re:** Dora Davis vs. Albany International
       Montgomery
       On 5/12/2006 by David Miller

## Invoicing Information

**Deponents:**

1.   Dora Davis                    286 pages

| Product | Qty | UOM | Extended Price |
|---|---|---|---|
| Copy Deposition Pages | 286 | page | $586.30 |
| Travel Transcript | 1 | each | $25.00 |
| Exhibit Pages | 151 | each | $52.85 |
| Handling | 1 | each | $10.00 |
| Data Disk | 1 | each | $35.00 |
|  |  | Total Price: | **$709.15** |
|  |  | Total Paid: | **$0.00** |
|  |  | Total Due: | **$709.15** |

## "Notice Us"