IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DORA DAVIS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05-CV-1040-WKW |
| **ALBANY INTERNATIONAL CORP.;** | ) | |
| **JEFF JOHNSTON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW

**COMES NOW**, Vicky U. Toles, hereby moves to withdraw as counsel of record for the appellant based on the following grounds:

1. Services have been completed.

Respectfully submitted this the 17th day of November, 2006.

ATTORNEYS FOR THE PLAINTIFF:

/s/ Vicky U. Toles
VICKY U. TOLES (UND 014)
Attorney for Plaintiff Dora Davis

/s/ Trina S. Williams
TRINA S. WILLIAMS (SAN 046)
Attorney for Plaintiff Dora Davis

Toles & Williams, LLP
1015 South McDonough Street
Montgomery, Alabama 36104
(334) 832-9915
(334) 832-9917 fax

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via U.S. Mail and electronic mail on this the 17th day of November, 2006.

Charles A. Powell IV, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
SouthTrust Tower
420 20th Street North, Suite 1600
Birmingham, AL 35203


Lynlee W. Palmer, Esq.
John W. Sheffield, Esq.
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203


Ms. Dora Davis
5702 Red Baron Road
Montgomery, AL 36117


                                               /s/ Trina S. Williams
                                      TRINA S. WILLIAMS (SAN 046)
                                      Attorney for Plaintiff Dora Davis