IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1040-WKW |
| | ) |
| ALBANY INTERNATIONAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Trina S. Williams' Motion to Withdraw (Doc. # 64) filed on November 20, 2006, it is hereby

ORDERED that the motion is GRANTED.

The Clerk of the Court is DIRECTED to mail a copy of this order to Plaintiff Dora Davis at 5702 Red Baron Road, Montgomery, Alabama, 36117, and to list this address as the address of record for said plaintiff.

DONE this 21st day of November, 2006.

                                               /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE